David C. O'Mara, Esq (SBN 08599)
**THE O'MARA LAW FIRM, P.C.**
311 E. Liberty Street
Reno, Nevada 89501
Telephone: 775-323-1321
Facsimile: 775-323-4082
david@omaralaw.net

John P. Kristensen
*(Pro Hac Vice)*
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Fax: 310-507-7906
john@kristensenlaw.com

*Attorneys for Plaintiff*
*Marlonesha Becker*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| MARLONESHA BECKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC., a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00602-LRH-WGC<br><br>**ORDER GRANTING**<br>**MOTION FOR LEAVE TO WITHDRAW**<br>**ATTORNEY JONAH A. FLYNN** |

MOTION FOR LEAVE TO WITHDRAW ATTORNEY JONAH A. FLYNN

David C. O'Mara, one of the attorneys of records for Plaintiff, pursuant to Local Rule LRIA 11-6, hereby respectfully requests the Court for leave to withdraw Jonah A. Flynn from representation of Plaintiff. In support of this motion, Mr. O'Mara states:

1. Jonah A. Flynn intended to apply for *Pro Hac Vice* Admission to this case, and his name was added to the Complaint.

2. Mr. Flynn does not wish to be admitted to this case by *Pro Hac Vice*, and no application has been submitted.

3. Neither Plaintiff nor Defendants will be prejudiced nor will any delay be caused by Mr. Flynn's withdrawal.

4. David C. O'Mara and John P. Kristensen will continue to represent Plaintiff in the above matter.

WHEREFORE, David C. O'Mara requests that this Court enter an order granting leave to withdraw Jonah A. Flynn as an attorney for Plaintiff.

Dated: November 22, 2019　　　　　　　　　　　　**THE O'MARA LAW FIRM, P.C.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ David C. O'Mara*
　　　　　　　　　　　　　　　　　　　　　　　　David C. O'Mara
　　　　　　　　　　　　　　　　　　　　　　　　***Attorney for Plaintiff***

**ORDER**

**IT IS SO ORDERED:**

*William G. Cobb*
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

DATED: November 22, 2019.