# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| MARLONESHA BECKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC., a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00602-LRH-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO STRIKE**<br><br>**(First Request)** |

1

| | |
|---|---|
| 1 | On November 19, 2019, Defendants, Kamy Keshmiri, Jamy Keshmiri and Fantasy Girls, |
| 2 | LLC ("Defendants") moved to dismiss and/or compel individual arbitration (Docket No. 12). |
| 3 | On December 3, 2019, Plaintiff filed her Opposition to Defendants' Motion (Docket No. |
| 4 | 21). |
| 5 | On December 9, 2019, Defendants filed their Reply to Plaintiff's Opposition to Motion to |
| 6 | Dismiss (Docket No. 22). |
| 7 | On December 10, 2019, Defendants filed their Motion to Strike Untrue Claims of Conflict |
| 8 | of Interest as Immaterial, Impertinent, and/or Scandalous and Brief in Support Thereof with a |
| 9 | supporting Declaration of Mark R. Thierman (Docket No. 23). |
| 10 | The parties met and conferred and stipulate to allow Plaintiff up to, and including, January |
| 11 | 6, 2020, to file her response to the Motion. |
| 12 | The request for additional time is due to counsels' schedule, the coming holiday season |
| 13 | and the birth of Plaintiff's counsel O'Mara's child. |
| 14 | / / / |
| 15 | / / / |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

This is the first stipulation to extend Plaintiff's time to respond to the Motion, the requested extension is made in good faith and not for purposes of delay.

Dated: December 20, 2019

THE O'MARA LAW FIRM, P.C.

/s/ David C. O'Mara
David C. O'Mara
311 E. Liberty Street
Reno, NV 89501
Telephone: 775-323-1321
Fax: 775-323-4082
david@omaralaw.net

John P. Kristensen
*(Admitted Pro Hac Vice)*
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Fax: 310-507-7906
john@kristensenlaw.com

*Attorneys for Plaintiff*

Dated: December 20, 2019

**THIERMAN BUCK LLP**

/s/ Mark R. Thierman
Mark R. Thierman
mark@thiermanbuck.com
Joshua D. Buck
josh@thiermanbuck.com
7287 Lakeside Drive
Reno, NV 89511
Telephone: 775-284-1500
Fax: 775-703-5027

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

DATED this 23rd day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3