Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermabuck.com
Leah L. Jones
leah@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARLONESHA BECKER, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC. A Nevada limited Liability corporation, DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>  Defendants. | Case No.: 3:19-cv-00602-LRH-WGC<br><br>**DEFENDANTS' SUPPLEMENTAL REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE BROOKLYN DEVENPORT** |

**I.   ARGUMENT**

Defendants' filed their Reply to Plaintiff's Opposition To Motion to Strike Discipulo and Devenport on March 12, 2020. *See* ECF No. 37. After Defendants made a renewed search for documents related to Ms. Brooklyn Devenport under the correct spelling of Ms. Devenport's name, Defendants located and now submit the signed Arbitration Agreement of Brooklyn Devenport as a supplement to Defendants' Reply. Attached hereto as Exhibit A is a true and

1  correct copy of the Devenport Arbitration Agreement, hereinafter "Devenport Agreement." [1]
2  Defendant now adopts the same arguments Defendants' made in Defendants' Motion to Dismiss
3  and/or Compel Individual Arbitration specific to Plaintiff Becker (ECF Nos. 12, 21, 22), Flynn
4  (ECF Nos. 30, 33, 34) as well as Discipulo (ECF Nos. 35, 36, 37).[2]

DATED: March 12, 2020.                              Respectfully Submitted,

**THIERMAN BUCK LLP**
/s/ *Mark R. Thierman*
Mark R. Thierman
Joshua D. Buck
Leah L. Jones
*Attorneys for Defendants*

---

[1] Ms. Devenport's Agreement to Arbitrate was also witnessed by Sandra McCelland (ECF No. 35-1. A complete copy of the agreement provided to Ms. Devenport is attached thereto, albeit with incorrect page numbering.

[2] A search of both the "buy in" sheets as well as the house mom's records confirms that Ms. Devenport never preformed at the this location within three years from the filing of her consent to suit in this case.

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com