DAVID C. O'MARA, ESQ (SBN 08599)
**THE O'MARA LAW FIRM, P.C.**
311 E. Liberty Street
Reno, Nevada 89501
Telephone: 775-323-1321
FAX: 775-323-4082
*david@omaralaw.net*

John P. Kristensen
(*Pro Hac Vice*)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*

***Attorneys for Plaintiffs***

Kristensen LLP ATTORNEYS FOR PLAINTIFFS

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA – RENO DIVISION**

MARLONESHA BECKER, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive,

Defendants.

Case No.: 3:19-CV-00602-LRH-WGC

**COLLECTIVE ACTION**

**PLAINTIFF'S THIRD NOTICE OF CONSENT TO SUE FORM**

Kristensen LLP
ATTORNEYS FOR PLAINTIFFS

**COMES NOW** plaintiff Marlonesha Becker ("Plaintiff"), named plaintiff herein, by and through her undersigned counsel, and hereby gives notice of the attached "Consent to Sue" form with respect to the following person:

- Joye Jackson

Dated: March 30, 2020

**THE O'MARA LAW FIRM, P.C.& KRISTENSEN LLP**
*/s/ John P. Kristensen*
David C. O'Mara
John P. Kristensen
***Attorneys for Plaintiff***

Kristensen LLP
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that on Monday, March 30, 2020, a true and correct copy of the attached **PLAINTIFFS' THIRD NOTICE OF CONSENT TO SUE FORM** was served via CM/ECF on all participants of record as follows:

Mark R. Thierman
mark@thiermanbuck.com
Joshua D. Buck
josh@thiermanbuck.com
Leah L. Jones
leah@thiermanbuck.com
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, Nevada 89511

***Counsel for Defendants Kamy Kashmiri, Jamy Kashmiri, and Fantasy Girls, LLC***

*/s/Juliana Villalobos*
Juliana Villalobos