UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARLONESCHA BECKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAMY KESHMIRI; JAMY KESHMIRI; FANTASY GIRLS, LLC; DOE MANAGERS 1-3; and DOES 3-100, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00602-LRH-WGC |
| DAREN DORIO, QUIANNA HUNT, and KELSEY JOHANSEN,<br><br>Plaintiffs,<br><br>v.<br><br>KAMY KESHMIRI; JAMY KESHMIRI; FANTASY GIRLS, LLC; DOE MANAGERS 1-3; and DOES 3-100, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00482-MMD-WGC<br><br>REASSIGNMENT ORDER |

Before the Court is Plaintiffs' Notice of Related Cases (ECF No. 51 in the 2019 case).

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not

result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate judge in the first filed case.

Good cause appearing, it is therefore ordered that Case No. 3:20-cv-00482-MMD-WGC is reassigned to District Judge Larry R. Hicks, and Magistrate Judge William G. Cobb, and all future pleadings must bear case number 3:20-cv-00482-LRH-WGC.

The Clerk of the Court is directed change the file and docket to reflect this reassignment.

DATED this 28th Day of August 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

DATED this 31st day of August, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE