UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARLONESHA BECKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited Liability corporation, DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendant(s). | Case No.: 3:19-cv-00602-LRH-WGC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND ORDER THEREON**<br><br>*FIRST REQUEST* |

Pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and LR 7-1, DEFENDANTS FANTASY GIRLS, LLC, KAMY KESHMIRI, JAMY KESHMIRI by and through their counsel, Thierman Buck, LLP and Plaintiff, MARLONESHA BECKER, by and through her counsel, Kristensen,

LLP hereby request that the Court grant the Parties' request for an extension of time for Defendants to file their response to Plaintiff's Motion for Conditional Certification (ECF No. 53). Defendants' response is currently due on November 5, 2020, and the Defendants request an eleven (11) day extension up to Monday, November 16, 2020. Therefore, Plaintiff requests additional time to reply to Defendants' response once filed. Plaintiffs' response would be due on November 23, 2020.

This is the Parties' first request for an extension of time. This request is not intended for delay and is made in good faith.

DATED: November 4, 2020

Respectfully Submitted,

| | |
|---|---|
| **THIERMAN BUCK, LLP** | **KRISTENSEN, LLP** |
| /s/ *Mark R. Thierman* | /s/ *John P. Kristensen* |
| Mark R. Thierman | John P. Kristensen (admitted Pro Hac Vice) |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

DATED this 5th day of November, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE