1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

David C. O'Mara (SBN 08599)
**THE O'MARA LAW FIRM, P.C.**
311 E. Liberty Street
Reno, Nevada 89501
Telephone: 775-323-1321
Fax: 775-323-4082
*david@omaralaw.net*

John P. Kristensen
(*Pro Hac Vice*)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*

*Attorneys for Plaintiffs*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| MARLONESHA BECKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive, <br><br> Defendants. | ) Case No: 3:19-CV-00602-LRH-WGC <br> ) <br> ) **PLAINTIFF BROOKLYN** <br> ) **DEVENPORT'S NOTICE OF** <br> ) **ACCEPTANCE OF DEFENDANTS'** <br> ) **FED. R. CIV. P. 68 OFFER OF** <br> ) **JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF BROOKLYN DEVENPORT'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT**

– 1 –

1   **COMES NOW** plaintiff BROOKLYN DEVENPORT ("Plaintiff"), by and

2   through her counsel of record, and hereby files Plaintiff's Notice of Acceptance of

3   Defendants' Fed. R. Civ. P. 68 Offer of Judgment as follows:

4       1.   Plaintiff joined this action on January 27, 2020 [Dkt. 32];

5       2.   On January 25, 2021, defendants Kamy Keshmiri, Jamy Keshmiri, and

6   Fantasy Girls, LLC (collectively, "Defendants") served Plaintiff with a Fed. R. Civ. P.

7   68 Offer of Judgment in the amount of FOUR THOUSAND NINE HUNDRED AND

8   THIRTY U.S. DOLLARS ($4,930.00), plus reasonable attorneys' fees and costs. *See*

9   **Exhibit 1**.

10       3.   Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of

11   her acceptance of the offer via the Court's CM/ECF electronic filing system to

12   Defendants' attorneys of record.

13

14   Dated: February 4, 2021          **THE O'MARA LAW FIRM, P.C. & KRISTENSEN LLP**

15

16   */s/ John P. Kristensen*

17   David C. O'Mara
     John P. Kristensen

18   ***Attorneys for Plaintiff***

19

20

21

22

23

24

25

26

27

28

Kristensen LLP
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on Thursday, February 04, 2021, a true and correct copy of the attached **PLAINTIFF BROOKLYN DEVENPORT'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** and accompanying document were served via CM/ECF on all participants of record including the individuals listed below, as follows:

Mark R. Thierman
mark@thiermanbuck.com
Joshua D. Buck
josh@thiermanbuck.com
Leah L. Jones
leah@thiermanbuck.com
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, Nevada 89511

*Counsel for Defendants Kamy*
*Kashmiri, Jamy Kashmiri, and Fantasy*
*Girls, LLC*

*/s/ John P. Kristensen*
John P. Kristensen