David C. O'Mara (SBN 08599)
**THE O'MARA LAW FIRM, P.C.**
311 E. Liberty Street
Reno, Nevada 89501
Telephone: 775-323-1321
Fax: 775-323-4082
*david@omaralaw.net*

John P. Kristensen
(*Pro Hac Vice*)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| MARLONESHA BECKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive, <br> Defendants. | Case No: 3:19-CV-00602-LRH-WGC <br><br> **PLAINTIFF KIRSTEN DISCIPULO'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** |

**COMES NOW** plaintiff KIRSTEN DISCIPULO ("Plaintiff"), by and through her counsel of record, and hereby files Plaintiff's Notice of Acceptance of Defendants' Fed. R. Civ. P. 68 Offer of Judgment as follows:

1. Plaintiff joined this action on January 27, 2020 [Dkt. 32];

2. On January 25, 2021, defendants Kamy Keshmiri, Jamy Keshmiri, and Fantasy Girls, LLC (collectively, "Defendants") served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in the amount of EIGHT THOUSAND ONE HUNDRED AND FORTY-TWO U.S. DOLLARS ($8,142.00), plus reasonable attorneys' fees and costs. *See* **Exhibit 1**.

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Dated: February 4, 2021

THE O'MARA LAW FIRM, P.C. &
KRISTENSEN LLP

*/s/ John P. Kristensen*
David C. O'Mara
John P. Kristensen
***Attorneys for Plaintiff***

# **CERTIFICATE OF SERVICE**

I certify that on Thursday, February 04, 2021, a true and correct copy of the attached **PLAINTIFF KRISTEN DISCIPULO'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** and accompanying document were served via CM/ECF on all participants of record including the individuals listed below, as follows:

Mark R. Thierman
mark@thiermanbuck.com
Joshua D. Buck
josh@thiermanbuck.com
Leah L. Jones
leah@thiermanbuck.com
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, Nevada 89511

*Counsel for Defendants Kamy Kashmiri, Jamy Kashmiri, and Fantasy Girls, LLC*

　　　　　　　　　　　　　　　　　　　　*/s/ John P. Kristensen*
　　　　　　　　　　　　　　　　　　　　　John P. Kristensen