David C. O'Mara (SBN 08599)
**THE O'MARA LAW FIRM, P.C.**
311 E. Liberty Street
Reno, Nevada 89501
Telephone: 775-323-1321
Fax: 775-323-4082
*david@omaralaw.net*

John P. Kristensen
(*Pro Hac Vice*)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA – RENO DIVISION

| | |
|---|---|
| MARLONESHA BECKER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br>　　　　　　　Defendants. | Case No: 3:19-CV-00602-LRH-WGC<br><br>**PLAINTIFF BEVERLY FLYNN'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** |

**COMES NOW** plaintiff BEVERLY FLYNN ("Plaintiff"), by and through her counsel of record, and hereby files Plaintiff's Notice of Acceptance of Defendants' Fed. R. Civ. P. 68 Offer of Judgment as follows:

1. Plaintiff joined this action on January 21, 2020 [Dkt. 29];

2. On January 25, 2021, defendants Kamy Keshmiri, Jamy Keshmiri, and Fantasy Girls, LLC (collectively, "Defendants") served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in the amount of TEN THOUSAND SEVEN HUNDRED AND SEVEN U.S. DOLLARS ($10,707.00), plus reasonable attorneys' fees and costs. *See* **Exhibit 1**.

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Dated: February 4, 2021

THE O'MARA LAW FIRM, P.C. & KRISTENSEN LLP

*/s/ John P. Kristensen*
David C. O'Mara
John P. Kristensen
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I certify that on Thursday, February 04, 2021, a true and correct copy of the attached **PLAINTIFF BEVERLY FLYNN'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** and accompanying document were served via CM/ECF on all participants of record including the individuals listed below, as follows:

Mark R. Thierman
mark@thiermanbuck.com
Joshua D. Buck
josh@thiermanbuck.com
Leah L. Jones
leah@thiermanbuck.com
**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, Nevada 89511

*Counsel for Defendants Kamy Kashmiri, Jamy Kashmiri, and Fantasy Girls, LLC*

                                              */s/ John P. Kristensen*
                                                 John P. Kristensen