1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARLONESHA BECKER, individually and on behalf of all other similarly situated, | Case No. 3:19-cv-000602-LRH-WGC |
| | ORDER |
| Plaintiffs, | |
| v. | |
| KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive, | |
| Defendants. | |

The Court is aware that the Plaintiffs—Brooklyn Davenport, Kirsten Discipulo, Beverly Flynn, and Joye Jackson—have all accepted offers of judgement from Defendants Kamy Keshmiri, Jamy Keshmiri, and Fantasy Girls, LLC ("Defendants") (ECF. Nos. 65–68). Because there are outstanding motions to vacate a previous order (ECF Nos. 47–48) and for conditional class certification (ECF No. 53), the Court requests a status update from the parties regarding this case. In the alternative, the Court would accept a stipulation for dismissal of the case if the pending motions are no longer disputed considering the acceptances of offers of judgment.

IT IS THEREFORE ORDERED that the parties have (10) ten days after the entry of this Order to update the Court the status of this case.

IT IS SO ORDERED.

DATED this 8th day of February, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE