UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARLONESHA BECKER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KAMY KESHMIRI, *et. al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:19-cv-00602-LRH-WGC<br><br>MINUTE ORDER<br><br>February 22, 2021 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>　　REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>　　　　NONE APPEARING　　　</u>

COUNSEL FOR DEFENDANT(S): <u>　　　　NONE APPEARING　　　</u>

**MINUTE ORDER IN CHAMBERS**:

　　Before the court is the parties' February 18, 2021 Joint Status Report (ECF No. 70) in which the parties request a 30-day stay of this case to resolve some remaining issues subsequent to plaintiffs accepting offers of judgment. Good cause appearing,

　　IT IS HEREBY ORDERED that this matter is stayed until Monday, March 22, 2021.

　　IT IS FURTHER ORDERED that the parties shall file another joint status report on or before Tuesday, March 23, 2021.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: <u>　　　　　/s/　　　　　</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk