UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARLONESHA BECKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs<br>v.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00602-LRH-WGC<br><br>ORDER |

Before the Court is the parties' March 23, 2021, Joint Status Report (ECF No. 72) regarding the issue of attorneys' fees and costs. As the Judgments herein were rendered by this Court (ECF Nos. 65–68), the award of reasonable fees and costs falls squarely within the jurisdiction of this Court. The Court will enter a 10-day stay for the parties to resolve the matter and proposes two options for the parties to consider.

First, the Court encourages the parties to mediate the dispute before Magistrate Judge McQuaid. If the parties elect to mediate, the parties shall update this Court on or before Friday, April 9, 2021, so that the matter can be further stayed and properly referred to Judge McQuaid.

Second, if the parties elect not to mediate, the Court will accept a motion for attorneys' fees and costs from the plaintiff pursuant to Federal Rules of Civil Procedure and this Court's Local Rules of Practice. *See* FED. R. CIV. PRO. 54(d) (outlining the timing, content, and proceedings involved); LR 54-11 and 54-14 (outlining local practices). The parties shall update this Court on or before Friday, April 9, 2021, if this is the case, and plaintiffs will then have ten (10) days to submit a motion for attorneys' fees and costs.

1     IT IS THEREFORE ORDERED that this matter is stayed until Friday, April 9, 2021.

2     IT IS FURTHER ORDERED that the parties shall file another joint status report on or before Friday, April 9, 2021, regarding the status of these issues.

    IT IS SO ORDERED.

    DATED this 31 day of March, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE