UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARLONESHA BECKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendants. | Case No. 3:19-cv-000602-LRH-WGC<br><br>ORDER |

The Court has received the parties' Joint Status Report (ECF No. 74) regarding the issue of attorneys' fees and costs. Because this matter is no longer stayed as of April 9, 2021, plaintiffs may file a motion for attorney's fees and costs within ten days of the entry of this Order.

IT IS THEREFORE ORDERED that plaintiffs have (10) days after the entry of this Order in which to file a motion for attorney's fees and costs.

IT IS SO ORDERED.

DATED this 12th day of April, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE