UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARLONESHA BECKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAMY KESHMIRI, and individual; JAMY KESHMIRI, and individual; FANTASY GIRLS, LLC. A Nevada limited liability corporation, DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00602-LRH-WGC<br><br>ORDER |

Before the Court is the parties' April 20, 2021 Joint Status Report (ECF No. 76) regarding the issue of attorneys' fees and costs. In the parties' Joint Status Report, they indicated that "Plaintiffs and Defendants have met and conferred and have reached an agreement regarding Attorney's fees and costs." (ECF No. 76, at 2).

If this agreement remains, the Court requests that the parties submit a stipulation for dismissal with prejudice of the entire case within ten (10) days.

IT IS THEREFORE ORDERED that the parties shall file a stipulation for dismissal on or before June 18, 2021.

IT IS SO ORDERED.

DATED this 8th day of June, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1