UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARLONESHA BECKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAMY KESHMIRI, an individual; JAMY KESHMIRI, an individual; FANTASY GIRLS, LLC, a Nevada limited liability corporation; DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendant. | Case No. 3:19-cv-00602-LRH-WGC<br><br>ORDER |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) have jointly stipulated to the dismissal with prejudice of this action after the full and complete satisfaction of the offers of judgments.

IT IS THEREFORE ORDERED that the joint stipulation (ECF No. 78) is **GRANTED**. The full and complete satisfaction of the judgments are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgments. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED this 21 day of June, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1